UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re the Application of: | § | |
| | § | |
| Israel Salazar Vazquez, | § | |
|     Petitioner | § | |
| | § | Civil Action No. SA-19-CV-523-XR |
|     and | § | |
| | § | |
| Gabriela Michelle Quiroga Mancha, | § | |
| Graciela Merendon, Mario Merendon and | § | |
| Jaret Duvall | § | |
|     Respondents | § | |

## JOINT ADVISORY TO THE COURT

Pending before the Court is Petitioner's application to return F.A.S.Q., M.S.Q. AND M.J.S.Q., minor children, born February 1, 2008, September 30, 2011, and July 4, 2014, respectively, to their habitual residence in the United Mexican States (Mexico). ECF-1 and ECF 24 (sealed).  Petitioner's application is made pursuant to the Convention on the Civil Aspects of International Child Abduction (Done at The Hague, October 25, 1980, T.I.A.S. No. 11670, 1343 U.N.T.S. 22514) ("Convention"), and the International Child Abduction Remedies Act ("ICARA"), the implementing statute for the United States. 22 U.S.C. 9001 et. seq. (2001).

Petitioner ISRAEL SALAZAR VAZQUEZ (Israel) and Respondents GABRIELA MICHELLE QUIROGA MANCHA, GRACIELA MERENDON, MARIO MERENDON and JARET DUVALL (Gabriela, Graciela, Mario and Jaret, respectively) have reached an

JOINT ADVISORY TO THE COURT

agreement to return the children F.A.S.Q., M.S.Q., and M.J.S.Q. to Mexico pursuant to the terms of a proposed AGREED ORDER to contain the following recitals:

1) that the habitual residence of the children is Mexico;

2) that Israel has rights of custody to the children pursuant to Mexican Court decision and law;

3) that Israel was exercising his rights of custody at the time the children were removed from Mexico by Gabriela and taken to the United States of America (USA);

4) that the removal of the children was done without Israel's consent or subsequent acquiescence;

5) that the removal of the children was wrongful pursuant to the Convention Article 3;

6) that there are no applicable exceptions to returning the children to Mexico;

7) that the children should be returned to Mexico forthwith pursuant to the Convention Article 12;

8) that because Israel's action was brought pursuant to ICARA, 22 USC § 9003, he is entitled the recovery of necessary expenses incurred by him or on his behalf, including court costs, legal fees, and transportation costs related to the return of the children.  22 USC 9007(b)(3);

9) that reasonable, necessary expenses in this case are $7,500.00;

JOINT ADVISORY TO THE COURT

10) that Gabriela will deliver the physical possession of the children F.A.S.Q., M.S.Q., and M.J.S.Q. to Israel and any of his immediate family members accompanying him on Saturday, August 24, 2019 at 12:00 o'clock noon at the residence of Graciela and Mario at 5532 Saffron Way, Leon Valley, Texas, 78238.

Respectfully submitted,

/s/ *Gary Caswell*

_____

GARY CASWELL
Texas State Bar No. 03997500
caswell.gary@gmail.com
110 Broadway, Suite 510
San Antonio, Texas 78205 USA
Office: +210-202-2312
Mobile +210-414-1645
Fax:  +210-701-8293

/s/*Marisa Balderas Flores*

_____

Marisa Balderas Flores
Begum Pelaez-Prada, PLLC
816 Camaron, Ste. 220
San Antonio, Texas 78201
(210) 780-6022
(210) 446-5058
Marisa Balderas

ATTORNEYS FOR PETITIONER

OLIVA, SAKS, GARCIA & CURIEL, LLP
14255 Blanco Rd.
SAN ANTONIO, TX 78216
Tel: (210) 308-6600
Fax: (210) 308-6939

JOINT ADVISORY TO THE COURT

By:

*/s/ Javier F. Oliva*

_____

Javier F. Oliva
State Bar No. 15254350
joliva@osgclaw.com

ATTORNEY FOR RESPONDENTS


## CERTIFICATE OF SERVICE

We hereby certify that on August 21, 2019, a true and correct copy of the foregoing

instrument has been served upon the parties by CMF/ECF.


/s/ *Gary Caswell*

._____

GARY CASWELL
Texas State Bar No. 03997500


*/s/ Javier F. Oliva*

_____

Javier F. Oliva
Texas State Bar No. 15254350